**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNAH OCTAVIA MENTAK, | Case No. CV 22-7233 FMO (Ex) |
| Plaintiff. | |
| v. | **JUDGMENT** |
| SERG GIL COHEN, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 1st day of August, 2023.

/s/
Fernando M. Olguin
United States District Judge